IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01281-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILVA RANCH, a limited liability limited partnership;
CLAUDIA A. SILVA;
DEBRA A. CALDEIRA;
STANLEY W. SILVA, a/k/a WILLY SILVA;
ERNEST J. CALDEIRA;
SILVA RANCH AND CATTLE COMPANY;
MOUNTAIN VIEW ELECTRIC ASSOCIATION, INC.;
JAMES A. MUNDT;
PARAGON FINANCIAL INVESTORS, LLC;
FARMERS STATE BANK OF CALHAN;
TREASURER OF ELBERT COUNTY, COLORADO;
HARMONY LAND AND CATTLE COMPANY; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS CIVIL ACTION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion by Plaintiff to Adjourn Scheduling/Planning Conference** [Docket No. 4; Filed August 7, 2008] (the "Motion"). Pursuant to the Motion, Plaintiff informs the Court that it has been unable to serve the summons and complaint on any of the Defendants in this matter.

    IT IS HEREBY **ORDERED** the Motion is **GRANTED**. The Scheduling Conference set for August 13, 2008 at 10:30 a.m. is **vacated**. Given Plaintiff's inability to effect service on any of the Defendants to date, the Scheduling Conference will not be reset at this time.

    IT IS FURTHER **ORDERED** that on or before **September 30, 2008**, Plaintiff shall file a status report informing the Court of the status of service on Defendants. A Scheduling Conference will be set thereafter.

Dated: August 8, 2008