IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01281-WYD-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SILVA RANCH, a Limited Liability Limited Partnership;
CLAUDIA A. SILVA;
DEBRA A. CALDEIRA;
STANLEY W. SILVA, aka WILLY SILVA;
ERNEST J. CALDEIRA;
SILVA RANCH AND CATTLE COMPANY;
MOUNTAIN VIEW ELECTRIC ASSOCIATION, INC.;
JAMES A. MUNDT;
PARAGON FINANCIAL INVESTORS, LLC;
FARMERS STATE BANK OF CALHAN;
TREASURER OF ELBERT COUNTY, COLORADO;
HARMONY LAND AND CATTLE COMPANY; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE
      SUBJECT MATTER OF THIS CIVIL ACTION;

        Defendants.

## ORDER

THIS MATTER comes before the Court on the Joint Motion to Set Aside Entry of Default of Defendant Harmony Land and Cattle Company by Plaintiff United States and Defendant Harmony Land and Cattle Company [Docket No. 75].  After carefully reviewing the file in the above-captioned matter, I find that the motion should be granted and the entry of default set aside.  Accordingly, it is

ORDERED that the Joint Motion to Set Aside Entry of Default of Defendant Harmony Land and Cattle Company by Plaintiff United States and Defendant Harmony Land and Cattle Company [Docket No. 75] is **GRANTED.**  It is

FURTHER ORDERED that the Entry of Default of Defendant Harmony Land and Cattle Company entered on July 14, 2009 [Docket No. 63] is hereby set aside.

Dated:  August 3, 2009

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge