IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01281-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILVA RANCH, a limited liability limited partnership;
CLAUDIA A. SILVA;
DEBRA A. CALDEIRA;
STANLEY W. SILVA, a/k/a WILLY SILVA;
ERNEST J. CALDEIRA;
SILVA RANCH AND CATTLE COMPANY;
MOUNTAIN VIEW ELECTRIC ASSOCIATION, INC.;
JAMES A. MUNDT;
PARAGON FINANCIAL INVESTORS, LLC;
FARMERS STATE BANK OF CALHAN;
TREASURER OF ELBERT COUNTY, COLORADO;
HARMONY LAND AND CATTLE COMPANY; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS CIVIL ACTION,

    Defendants.
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Order to Show Cause issued on September 16, 2009 [Docket No. 78].  The Plaintiff was directed to show cause in writing why the Court should not recommend dismissal of the case against Defendants Claudia and Stanley Silva pursuant to Fed. R. Civ. P. 4(m), for failure to effect proper service.  The Plaintiff has complied with the Court's Order [Docket No. 79].  Accordingly,

    IT IS HEREBY **ORDERED** that the Order to Show Cause [#78] is **DISCHARGED**.

Dated:  November 17, 2009