IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01281-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILVA RANCH, a limited liability limited partnership;
CLAUDIA A. SILVA;
DEBRA A. CALDEIRA;
STANLEY W. SILVA, a/k/a WILLY SILVA;
ERNEST J. CALDEIRA;
SILVA RANCH AND CATTLE COMPANY;
MOUNTAIN VIEW ELECTRIC ASSOCIATION, INC.;
JAMES A. MUNDT;
PARAGON FINANCIAL INVESTORS, LLC;
FARMERS STATE BANK OF CALHAN;
TREASURER OF ELBERT COUNTY, COLORADO;
HARMONY LAND AND CATTLE COMPANY; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS CIVIL ACTION,

    Defendants.

**ORDER AFFIRMING AND ADOPTING AMENDED RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the Plaintiff's Motion for Summary Judgment (docket #66), which was filed on July 27, 2009 ("Motion").  The matter was referred to Magistrate Judge Mix for a Recommendation by Order of Reference dated July 27, 2009.  Magistrate Judge Mix issued an Amended Report and Recommendation on December 9, 2009, which is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), D.C.COLO.LCivR. 72.1.  Magistrate Judge Mix

recommends therein that Plaintiff's Motion be granted and that summary judgment be entered in favor of the United States of America against the two remaining Defendants as to the first claim for relief, which requests that the Court grant quiet title in and to an express easement. (Amended Recommendation at 1, 8.)

Magistrate Judge Mix advised the parties that written objections were due within fourteen (14) days after service of a copy of the Amended Recommendation. (Amended Recommendation at 9.)  Despite this advisement, no objections were filed to the Amended Recommendation.  No objections having been filed, I am vested with discretion to review the Amended Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Amended Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Amended Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Mix's Amended Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Mix that the Plaintiff's Motion should be granted and that summary judgment should be

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

entered in favor of the United States of America against Defendants Claudia Silva and Stanley Silva as to the first claim for relief, which requests that the Court quiet title in and to an expressed easement for the reasons stated in both the Amended Recommendation and this Order.

Based on the foregoing, it is

ORDERED that the Amended Recommendation of United States Magistrate Judge Mix (docket #83), filed December 9, 2009, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that the Plaintiff's Motion for Summary Judgment (docket #66) is **GRANTED**. It is

FURTHER ORDERED that summary judgment is entered in favor of the United States of America against Defendants Claudia Silva and Stanley Silva as to the first claim for relief, which requests that the Court quiet title in and to an expressed easement.

Dated: January 6, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge