IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01281-WYD-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SILVA RANCH, a limited liability limited partnership;
CLAUDIA A. SILVA;
DEBRA A. CALDEIRA;
STANLEY W. SILVA, a/k/a WILLY SILVA;
ERNEST J. CALDEIRA;
SILVA RANCH AND CATTLE COMPANY;
MOUNTAIN VIEW ELECTRIC ASSOCIATION, INC.;
JAMES A. MUNDT;
PARAGON FINANCIAL INVESTORS, LLC;
FARMERS STATE BANK OF CALHAN;
TREASURER OF ELBERT COUNTY, COLORADO;
HARMONY LAND AND CATTLE COMPANY; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS CIVIL ACTION,

     Defendants.

---

## DECREE QUIETING TITLE

---

THIS MATTER comes before the Court on the Motion for Entry of Decree

Quieting Title to Expressed Easement By Plaintiff United States filed April 30, 2010,

[Docket No. 97].  Based on a careful review of the file, I find that the motion should be

granted.  Accordingly, it is

ORDERED that the Motion for Entry of Decree Quieting Title to Expressed

Easement By Plaintiff United States filed April 30, 2010, [Docket No. 97] is **GRANTED.**

In accordance therewith, I

FIND that all Defendants were served, and the Complaint has been resolved as

to all Defendants:

| | |
|---|---|
| Silva Ranch | Entry of Default [Docket No. 62]; |
| Debra A. Calderia | Disclaimer [Docket No. 50 ]; |
| Ernest J Caldeira | Disclaimer [Docket No. 51 ]; |
| Silva Ranch and Cattle Company | Entry of Default [Docket No. 64]; |
| Mountain View Electric Association | Disclaimer [Docket No.19 ]; |
| James A. Mundt | Disclaimer [Docket No. 35 ]; |
| Paragon Financial Investors, LLC | Disclaimer [Docket No. 42 ]; |
| Farmers State Bank of Calhan | Entry of Default [Docket No. 65]; |
| Treasurer of Elbert County, Colorado | Stipulation [Docket No. 43 ]; |
| Harmony Land and Cattle Company | Entry of Default [Docket No. 63]; |
| Unknown Owners | Entry of Default [Docket No. 57]; |
| Stanley W. Silva | Entry of Judgment as to First Claim for Relief [Docket No. 96]; |
| Claudia A Silva | Entry of Judgment as to First Claim for Relief [Docket No. 96]; |

THEREFORE, IT IS ADJUDGED AND DECREED that title in and to the

expressed easement described as:

> A non-exclusive road right of way easement over
> the Westerly 30 feet of the E1/2W1/2 of Section 32,
> All in Township 10 South, Range 63 West 6th P.M.,
> County of Elbert, State of Colorado

is hereby quieted in and vested in the United States of America free and clear of all

claims and liens of any kind; and it is

FURTHER ADJUDGED AND DECREED that each Defendant has no right, title,

or interest in or to the expressed easement described herein, and that each Defendant

is forever enjoined from asserting any claim, right, title, or interest in or to the expressed

easement described herein.

Dated:  April 30, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge